# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV21-00070 JAK (JPRx) | Date | June 21, 2021 |
| Title | In Re: Silverado Senior Living, Inc. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|

| T. Jackson | Lisa Gonzalez |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jody Moore<br>Robert Liskey<br>Justin Marvisi | Rita Kanno<br>Michael Lu |

**Proceedings:** **PLAINTIFFS' MOTIONS TO REMAND**

The hearing is held via Zoom webinar. Counsel, the Court and court staff all appear in that manner. Recording or re-broadcasting of the proceedings is strictly prohibited.

The motion hearing is held. The Court states its tentative views that it is inclined to grant Plaintiffs' Motions to Remand (the "Motions"); provided, however, whether a remand of the *Sarnoff* action should be ordered depends on whether there is diversity jurisdiction as to that action, an issue that will require the submission and consideration of further evidence. Counsel address the Court.

The Court orders supplemental briefing by the parties to the *Sarnoff* action as to whether Plaintiff Kenneth Sarnoff has standing to bring claims for elder abuse and neglect as Decedent Albert Sarnoff's successor in interest. The *Sarnoff* Plaintiffs' Supplemental Brief shall be accompanied by relevant evidence to meet the standards discussed in the hearing. The schedule for supplemental briefing is as follows:

June 28, 2021    Deadline for Plaintiffs' Supplemental Brief (not to exceed 5 pages)

July 5, 2021    Deadline for Defendant's Reply, if any, to Plaintiffs' Supplemental Brief (not to exceed 5 pages)

Once all supplemental briefing has been filed, the Motions will be taken under submission, and a ruling will be issued.

The Court confers with counsel regarding settlement discussions.

**IT IS SO ORDERED.**

|  | : | 44 |
|---|---|---|
| Initials of Preparer | TJ | |